# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WELLS FARGO BANK, N.A.

VERSUS

DARRELL KENDRICK BERRY AND
CONSTANCE LAFAYETTE BERRY

NO.  2024 CW 1190

**MARCH 14, 2025**

---

In Re:    Darrell  Berry  and  Constance  Lafayette,  applying  for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 656991.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT